# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANNE DUFFY | CIVIL ACTION |
|---|---|
| v. | NO. 22-4402 |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, on this 21st day of December, 2023, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 30) is **DENIED** without prejudice**.**

BY THE COURT:

/s/ Michael M. Baylson

_____
MICHAEL M. BAYLSON
United States District Judge